1
2
3      UNITED STATES DISTRICT COURT
4      EASTERN DISTRICT OF WASHINGTON
5
REBECCA HARE,                              No. 2:14-CV-0037-JTR
6
            Plaintiff,                      ORDER DENYING PLAINTIFF'S
7                                           MOTION TO CHANGE LOCATIONS
8            v.
9
CAROLYN W. COLVIN,
10  Commissioner of Social Security,
11
            Defendant.
12
13

14        **BEFORE THE COURT** is Plaintiff Rebecca Hare's (Plaintiff's) January
15   30, 2014, pleading which requests the Court change the location of the hearing for
16   her case.  ECF No. 4.  Plaintiff is proceeding *pro se*.  The Court file indicates the
17   Office of the United States Attorney has not yet filed a notice of appearance in this
18   case.
19        Plaintiff requests the hearing for her case be moved from Spokane,
20   Washington, to either Moses Lake or Ephrata, Washington, because she has
21   insufficient means to travel to Spokane for a hearing.  ECF No. 4.
22        Plaintiff's case was filed in the United States District Court for the Eastern
23   District of Washington.  The Eastern District of Washington has courthouses in
24   three locations in Eastern Washington: Spokane, Richland and Yakima.  This
25   matter was assigned a Spokane case number; therefore, in-court proceedings would
26   be held in the Spokane courthouse.
27        Nevertheless, Plaintiff is advised of the following general procedures with
28   respect to social security cases in this district:  once Plaintiff has properly served

ORDER DENYING PLAINTIFF'S MOTION . . . - 1

Defendant, Defendant will thereafter file an Answer and lodge the Administrative Record. It may take several weeks for the Administrative Record to be located and filed with the Court. Upon Plaintiff's receipt of the Administrative Record, Plaintiff will be responsible for preparing and filing a proposed stipulated scheduling order and proposed order setting forth the briefing schedule for the case. Plaintiff will determine the briefing dates for cross-motions for summary judgment, allowing Defendant 42 days to respond to Plaintiff's motion for summary judgment unless otherwise requested. With respect to the hearing date for the cross-motions, Plaintiff shall contact the Office of the United States Attorney for the Court's next available date.

The parties' cross-motions for summary judgment will be addressed by the Court without the need for an in-court hearing. The Court will rely on the information provided by the briefs of the parties and the record submitted to the Court. If either party desires oral argument on the dispositive motions, the requesting party must contact the Court prior to the date of the submission of their motion for summary judgment to arrange a suitable date and time for **telephonic** oral argument to be heard.

Based on the foregoing, there will be no need for Plaintiff to travel to Spokane to prosecute her social security case.

Plaintiff's motion to change the location of her hearing, **ECF No. 4**, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide a copy to Plaintiff.

DATED February 3, 2014.



                _____
                         JOHN T. RODGERS
            UNITED STATES MAGISTRATE JUDGE

ORDER DENYING PLAINTIFF'S MOTION . . . - 2