# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA HARE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-CV-0037-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Rodgers' Report and Recommendation filed on August 25, 2014, recommending Plaintiff's complaint be dismissed, without prejudice, for failure to effectuate timely service of the Complaint. ECF No. 14. Objections to the Report and Recommendation were due on or before September 8, 2014. There being no objections filed, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Complaint, **ECF No. 6**, is **DISMISSED, WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide a copy to Plaintiff and **CLOSE THE FILE**.

**DATED** this 9th day of September 2014.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1